IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE BRIDGES,

      Petitioner,               No. CIV S-08-2316 GGH P

   vs.

DARREL ADAMS, et al.,

      Respondents.        ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application to proceed in forma pauperis.

      Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

      Accordingly, IT IS HEREBY ORDERED that petitioner's application to proceed in forma pauperis is granted.

DATED: December 17, 2008

                                  /s/ Gregory G. Hollows
                                  _____
                                  UNITED STATES MAGISTRATE JUDGE

bri2316.ifp